✎ AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN        DISTRICT OF        WASHINGTON

UNITED STATES OF AMERICA

V.

KATO SMISKIN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  CR-09-2038-FVS-2

 

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

_____
Name of Judge            Title of Judge

_____
Date